# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-238 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Michael Cortez Reed, | |
| Defendant. | |

This matter comes before the Court on Defendant Michael Cortez Reed's Motion for Continuance of Motion Filing Date (ECF No. 16). Defendant requests a short continuance of the motion-filing date from October 25 to October 29, 2018 as "[d]efense counsel needs additional time to review the discovery . . . before filing pretrial motions." (ECF No. 16 at 1.) The Government does not oppose the requested continuance. (ECF No. 16 at 1.) Further, the parties are not seeking to continue the pretrial motions hearing currently set for November 26, 2018, or any of the trial-related deadlines. (ECF No. 16 at 1; *see* ECF No. 12 at 3.)

For good cause shown, and because such continuance is necessary to provide Defendant and his attorney reasonable time necessary for effective preparation and to make efficient use of the parties' resources, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motion Filing Date (ECF No. 16) is **GRANTED**.

2. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **October 29,**

**2018**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Leung.

3. Counsel must electronically file a letter on or before **October 29, 2018** if no motions will be filed and there is no need for hearing;

4. All responses to motions must be filed by **November 12, 2018**. D. Minn. LR 12.1(c)(2).

5. Any Notice of Intent to Call Witnesses must be filed by **November 12, 2018**. D. Minn. LR. 12.1(c)(3)(A).

6. Any Responsive Notice of Intent to Call Witnesses must be filed by **November 19, 2018**. D. Minn. LR 12.1(c)(3)(B).

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

8. If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on November 26, 2018, at 10:00 a.m., in **Courtroom 9W**, **U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS**, Minnesota. D. Minn. LR 12.1(d).

9. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following trial and trial-related dates are:**

    All voir dire questions and jury instructions must be submitted to Senior District Judge David S. Doty on or before November 30, 2018.

This case must commence trial on December 10, 2018, at 9:00 a.m., before District Judge Doty in Courtroom 14W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Doty to confirm the new trial date.**

Dated: October 26, 2018

*s/ Tony N. Leung*
TONY N. LEUNG
United States Magistrate Judge

*United States of America v. Reed*
Case No. 18-cr-238 (DSD/TNL)